### 2342. COTTLE v. THE STATE.

HILL, C. J. If any question can be stare decisis in this court by repeated rulings, it is that in the absence of legal error this court is without constitutional power to set aside a verdict supported by any evidence. Therefore, although only one witness may prove the criminal act, and many witnesses, with the same opportunity to know the fact, may disprove the criminal act, the solution of the issue is still within the exclusive province of the jury. An appeal to this court for the purpose of reviewing only the weight of the evidence, or the credibility of the witnesses, is a useless consumption of valuable time.

*Judgment affirmed.*

Accusation of pointing gun; from city court of Tifton—Judge Eve. November 16, 1909.

Submitted January 13,—Decided January 21, 1910.

*J. B. Murrow, J. J. Murray, R. E. Dinsmore,* for plaintiff in error.

*W. J. Wallace, solicitor,* contra.

---

### 2346. THOMAS v. THE STATE.

HILL, C. J. 1. The grounds in the amendment to the motion for a new trial are not approved by the court, and therefore, are not considered.

2. The evidence tending to show that the defendant took the prosecutor's property animo furandi is very weak, but the jury chose to believe it rather than his statement that he took the property under a bona fide claim of right. The jury had the right to believe the evidence for the prosecution, however weak, and to reject the statement of the defendant, however probable and reasonable.

3. The court fairly and correctly submitted the law applicable to the issue made by the evidence and the statement; and, no error of law appearing, this court must affirm the verdict approved by the trial judge.

*Judgment affirmed.*

Accusation of larceny; from city court of Franklin—Judge Loftin. November 30, 1909.

Submitted January 13,—Decided January 21, 1910.

*E. A. Jones, W. C. Hodnett, D. J. Gaffney,* for plaintiff in error.

*D. B. Whitaker, solicitor,* contra.